IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01253-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

FRANK DeDOMINICIS,

       Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

       Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.   As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | X | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | An original and a copy have not been received by the court. |

Only an original has been received.

(9)    X    other: <u>Specify in the first paragraph whether you do or do not request service of process by United States Marshals Service.</u>

**Complaint or Petition**:

(10)    __    is not submitted

(11)    __    is not on proper form (must use the court's current form)

(12)    __    is missing an original signature by the Plaintiff

(13)    X    is incomplete: <u>(the Complaint does not assert any claims)</u>

(14)    __    uses et al. instead of listing all parties in caption

(15)    __    An original and a copy have not been received by the court.  Only an original has been received.

(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)    __    names in caption do not match names in text

(18)    X    other: <u>Addresses must be provided for all Defendants in Section "Parties" on page 2 of the Complaint.</u>

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 17, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01253-BNB

Frank DeDominicis
780 Copper Ln #104
Louisville, CO 80027

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Complaint forms** to the above-named individuals on May 17, 2011.

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk