FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01253-BNB

FRANK DeDOMINICIS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Frank DeDominicis, currently resides in Louisville, Colorado. Mr. DeDominicis, acting *pro se*, initiated this action by submitting a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. On May 17, 2011, Magistrate Judge Boyd N. Boland instructed Mr. DeDominicis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. DeDominicis to state his claims on the Court-approved Complaint form and to provide a properly notarized § 1915 Motion and Affidavit. Mr. DeDominicis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. DeDominicis now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this 23rd day of June, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01253-BNB

Frank DeDominicis
780 Copper Ln #104
Louisville, CO 80027

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk